**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed March 21, 2023.**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00929-CV

### REZA ZAHERI, Appellant

### V.

### PAMELA ZAHERI, Appellee

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1192283**

## MEMORANDUM OPINION

This is an appeal from a judgment signed November 14, 2022. On March 3, 2023, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Wilson.